

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2017

No. 04-17-00739-CV

Edward R **MEZA**, Jr., Sylvia Meza and New Braunfels Home Health Inc.,
Appellants

v.

Gloria **BURNS**,
Appellees

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV00380
Honorable Karen Crouch, Judge Presiding

# O R D E R

The trial court signed a final judgment on July 6, 2017. Appellants filed a timely motion for new trial on August 3, 2017; therefore, the notice of appeal was due to be filed on October 4, 2017. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on October 19, 2017. *See* TEX. R. APP. P. 26.3. Although appellants filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, they did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellants file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellants fail to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2017.



_____
KEITH E. HOTTLE,
Clerk of Court